IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ERIC GOLD and FERNE GOLD,**<br>　　　　　**Plaintiffs,**<br><br>　　　　　　**v.**<br><br>**STATE FARM MUTUAL INSURANCE COMPANY and STATE FARM FIRE AND CASUALTY INSURANCE COMPANY,**<br>　　　　　**Defendants.** | **CIVIL ACTION**<br><br><br><br>**NO. 15-1975** |

## O R D E R

**AND NOW**, this 24th day of August, 2015, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, **IT IS ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs.

　　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　　**/S/WENDY BEETLESTONE, J.**

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**